|  |  |
|---|---|
| GLISPA GMBH, a German Company,<br><br>Plaintiff,<br><br>vs.<br><br>TURKTICARET.NET YAZILM HIZMETLERI SANAYI VE TICARET ANONIM SIRKETI, a Turkish Company; and Does 1 through 10 inclusive,<br><br>Defendants. | Civil Action No. 2:16-CV-01423-RSM<br><br>ORDER GRANTING PETITION FOR JUDGMENT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on The Petition of GLISPA GmbH, a German company ("GLISPA") for an Order confirming the Final Award and for entry of Judgment. Dkt. #32. Because this Petition seeks attorney fees incurred after the underlying arbitration, including fees incurred in this action, the Court has, in an abundance of caution, required Plaintiff to move for default before proceeding with what could be considered a motion for default judgment. Having so moved, the Court now finds and ORDERS:

1) Defendants, having been properly served and failing to appear, are in default. Plaintiff's Motion for Entry of Default, Dkt. #40, is GRANTED.

2) The Court GRANTS Plaintiff's Petition for an Order to Confirm the Arbitration Award, Dkt. #32. After considering all of the submitted materials, Plaintiff has demonstrated good cause for the entry of a Judgment in favor of GLISPA GmbH, a German Company,

ORDER GRANTING PETITION FOR JUDGMENT - 1

against TURKTICARET.NET YAZILM HIZMETLERI SANAYI VE TICARET ANONIM SIRKETI, in the amounts of USD $190,917.00 and EUR €62,961.76, which is comprised of the following:

| | | |
|---|---|---|
| 1. | Damages: | USD $119,780.31 |
| 2. | Total Interest on Damages: | USD $40,129.19 |
| 3. | Outstanding Amount in Costs: | EUR €3,303.25 |
| 4. | Interest on Outstanding Amount in Costs: | EUR €452.90 |
| 5. | Post-Award Attorneys' Fees ($USD): | USD $31,007.50 |
| 6. | Post-Award Attorneys' Fees (€EUR): | EUR €69,093.61 |
| 7. | Partial Payment made by TTNET: | (EUR $9,888.00) |

**Total judgment:**
**USD     $ 190,917.00**
**EUR     € 62,961.76**

3) This case is CLOSED.

DATED this 8 day of July 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE